UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANA MULVANY,<br><br>    Plaintiff,<br><br>    v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>    Defendant. | Case No.  15-cv-04371-BLF<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A CASE MANAGEMENT CONFERENCE**<br><br>[Re:  ECF 14] |

In this case brought under the Americans with Disabilities Act ("ADA"), Plaintiff requests that the Court set a Case Management Conference for the purpose of re-setting the case schedule now that Plaintiff has retained counsel.  While normally ADA cases are not scheduled for Case Management until later in the proceedings, Plaintiff's request is well-taken in light of her prior pro se status and the expiration of some of the deadlines set forth in the case schedule issued on September 24, 2015.

Accordingly, a Case Management Conference is set for February 25, 2016 at 11:00 a.m.  The parties shall meet and confer regarding a revised case schedule.  The parties shall file a Joint Case Management Statement, which shall include a proposed revised case schedule, on or before February 18, 2016.

**IT IS SO ORDERED.**

Dated:  February 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge