1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON, Esq. (SBN 31680)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:    510/832-5001
4  Facsimile:    510/832-4787
   reinlawoffice@aol.com
5
   Attorneys for Plaintiff
6  DANA MULVANY

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
8    Including Professional Corporations
   HAYLEY S. GRUNVALD, Cal. Bar No. 227909
9  hgrunvald@sheppardmullin.com
   12275 El Camino Real, Suite 200
10 San Diego, California 92130-2006
   Telephone:    858.720.8900
11 Facsimile:    858.509.3691

12 Attorneys for Defendant
   LIVE NATION ENTERTAINMENT, INC.
13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MULVANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br><br>　　　　Defendant. | Case No. 5:15-cv-04371 BLF<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1) as to Defendant.  PLAINTIFF and LIVE NATION ENTERTAINMENT, INC. agree to bear their own attorneys' fees and costs incurred in the subject action.

SMRH:486451431.1                                               -- 1 --

It is so stipulated.

Dated: May 22, 2018    LAW OFFICES OF PAUL L. REIN


By: */s/ Aaron M. Clefton*
AARON M. CLEFTON, ESQ.
Attorneys for Plaintiff
DANA MULVANY


Date: May 22, 2018    SHEPPARD, MULLIN, RICHTER & HAMPTION LLP

By: */s/ Hayley S. Grunvald*
HAYLEY S. GRUNVALD, ESQ.
Attorneys for Defendant
LIVE NATION ENTERTAINMENT, INC.

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I, Aaron Clefton, attorney with the Law Office of Paul L. Rein, received the concurrence of Hayley Grunvald in the filing of this document.

*/s/ Aaron M. Clefton*
Aaron M. Clefton

**ORDER**

For Good Cause shown in the stipulation, this case is dismissed with prejudice.

Dated: _____, 2018      _____
U.S. District Court Beth Labson Freeman